IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DAVID HAMMOND,<br><br>                Plaintiff,<br>   v.<br><br>THE HOME DEPOT #1304,<br><br>               Defendant. | **ORDER GRANTING**<br>**STIPULATION FOR**<br>**DISMISSAL WITH PREJUDICE**<br><br>Case No. 3:19-cv-00022-TMB |

HAVING reviewed the parties' Stipulation for Dismissal with Prejudice;

IT IS HEREBY **GRANTED**. All claims brought or that could have been brought in this case, are now dismissed with prejudice, with each party to bear their own costs & fees.

Dated: June 6, 2019            s/TIMOTHY M. BURGESS
                                                           Timothy M. Burgess
                                                           United States District Judge